IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PENELOPE RUSSELL, | § | |
| | § | No. 54, 2015 |
| Respondent Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: Family Court |
| | § | of the State of Delaware, |
| PETER RUSSELL, | § | in and for Sussex County |
| | § | File No. CS10-01591 |
| Petitioner Below, | § | Pet. No. 10-17782 |
| Appellee. | § | |

Submitted: March 6, 2015
Decided: March 11, 2015

## **O R D E R**

This 11th day of March 2015, it appears to the Court that the Chief Deputy Clerk issued a notice to show cause to the appellant on February 9, 2015 by certified mail and again on February 24, 2015 by first class mail. The notice directed the appellant to show cause why this appeal should not be dismissed for her failure to file her notice of appeal in a timely manner. The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED that the appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice